No. 26-1330

# United States Court of Appeals for the First Circuit

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

*Debtors*,

NATIONAL PUBLIC FINANCE GUARANTEE CORP.,

*Movant-Appellant*,

U.S. BANK NATIONAL ASSOCIATION, IN THE CAPACITY AS PREPA BOND TRUSTEE; SYNCORA GUARANTEE, INC.; GOLDENTREE ASSET MANAGEMENT LP; ALLIANCEBERNSTEIN L.P.; BNY MELLON FUNDS TRUST; CAPITAL RESEARCH AND MANAGEMENT COMPANY; COLUMBIA MANAGEMENT INVESTMENT ADVISERS, LLC; DELAWARE MANAGEMENT COMPANY, A SERIES OF NOMURA ASSET MANAGEMENT CO., LTD.; ELLINGTON MANAGEMENT GROUP, L.L.C.; GOLDMAN SACHS ASSET MANAGEMENT L.P.; INVESCO ADVISERS, INC.; MACKAY SHIELDS LLC; ONE WILLIAM STREET CAPITAL MANAGEMENT, L.P.; RUSSELL INVESTMENT COMPANY, ON BEHALF OF RUSSELL INVESTMENT COMPANY TAX-EXEMPT HIGH YIELD BOND FUND; SIG STRUCTURED PRODUCTS, LLC; T. ROWE PRICE; TOWER BAY ASSET MANAGEMENT LP; OLD ORCHARD CAPITAL MANAGEMENT LP; LUXOR

CAPITAL GROUP, LP; MASSACHUSETTS FINANCIAL SERVICES COMPANY; VERITION FUND MANAGEMENT LLC; ARISTEIA CAPITAL, L.L.C.,

*Movants,*

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),

*Debtor-Appellee,*

INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD ECONÓMICA DE PUERTO RICO; EL PUENTE DE WILLIAMSBURG, INC.; ENLACE DE ACCIÓN CLIMÁTICA; COLEGIO DE ABAGADOS Y ABOGADAS DE PUERTO RICO (CAAPR); ASSOCIATION OF PRIVATE COLLEGES AND UNIVERSITIES OF PUERTO RICO (ACUP); LA LIGA DE CIUDADES DE PUERTO RICO; RAQUEL MARIA GONZÁLEZ SPARKS; COALICIÓN NUEVA VISIÓN DE SALUD; SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGÍA ELECTRICA (SREAEE); JUNTE DE ASSOCIACIONES CON PENSIONADOS Y JUBILADOS DE PUERTO RICO (JAP); COLEGIO DE PROFESIONALES DEL TRABAJO SOCIAL DE PUERTO RICO; CENTRO UNIDO DE DETALLISTAS (CUD); OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PREPA; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY (AAFAF); ELAM, LLC, AS SUCCESSOR-IN-INTEREST TO BLUE BEETLE III, LLC,

*Respondents – Appellees.*

---

Appeal from the U.S. District Court
for the District of Puerto Rico, Case No. 17-BK-4780-LTS
(The Honorable Laura Taylor Swain)

---

**CORPORATE DISCLOSURE STATEMENT OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION**

---

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellant states as follows: MBIA Inc. owns 100% of the stock of National Public Finance Guarantee Holding, Inc., which in turn holds 100% of the stock of National Public Finance Guarantee Corporation.

Dated:  April 10, 2026                    Respectfully submitted,

By: */s/Gregory Silbert*
   *Counsel of Record*
Gregory Silbert
Matthew S. Barr
Robert Berezin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Phone: (212) 310-8000
Facsimile: (212) 310-8007
Email:
gregorysilbert@weil.com
matt.barr@weil.com
robert.berezin@weil.com

Gabriel A. Morgan
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Phone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com

*Counsel for Appellant National Public
Finance Guarantee Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: April 10, 2026                           */s/ Gregory Silbert*
                                                Gregory Silbert