# United States Court of Appeals
## For the First Circuit
_____

### NOTICE OF APPEARANCE

No. 26-1330          **Short Title:** National Public Finance Guarantee Corp. v. FOMB, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
The Fin. Oversight and Mgmt. Bd. for P.R., as representative for PREPA          as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Martin J. Bienenstock          04/13/2026
Signature                          Date

Martin J. Bienenstock
Name

Proskauer Rose LLP                 212.969.3000
Firm Name (if applicable)          Telephone Number

Eleven Times Square                212.969.2900
Address                            Fax Number

New York, NY 10036                 mbienenstock@proskauer.com
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: 1169406


Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. See docket for full list
========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).