# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1330        **Short Title:** National Public Finance Guarantee Corporation v. FOMB, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE) as the

[ ] appellant(s)      [✓] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)      [ ] intervenor(s)

| | |
|---|---|
| _(signature)_ | 04/13/2026 |
| Signature | Date |
| Rafael A. Ortiz Mendoza | |
| Name | |
| Ortiz Mendoza & Farinacci Fernos, LLC | 787-963-0404 |
| Firm Name (if applicable) | Telephone Number |
| Edificio Banco Cooperativo Planza, 623 Ponce de León Ave., Suite 701-B | |
| Address | Fax Number |
| San Juan, PR 00917-0404 | rafael.ortiz.mendoza@gmail.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1192182

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. See docket for full list.

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).