# United States Court of Appeals
## For the First Circuit
_____

### NOTICE OF APPEARANCE

**No.** 26-1333          **Short Title:** GoldenTree Asset Management

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
GoldenTree Asset Management LP _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Lydia M. Ramos Cruz _____          April 23, 2026 _____
Signature          Date

Lydia M. Ramos Cruz _____
Name

Ramos Cruz Legal _____          (787) 508-2525 _____
Firm Name (if applicable)          Telephone Number

1509 López Landrón Street, American Airlines Building, PH          (787) 300-6491 _____
Address          Fax Number

San Juan, Puerto Rico 00911 _____          lramos@ramoscruzlegal.com _____
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: 50539 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 26-1330, 26-1331, 26-1332, 26-1334; see also 25-1751 (listing related cases).
==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).